IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:19-CV-00476-FL

EPIC GAMES, INC.,

    Plaintiff,

v.

RONALD SYKES,

    Defendant.

**AFFIDAVIT OF SERVICE**

Christopher M. Thomas, being first duly sworn, deposes and says:

1. I am over 18 years of age, under no disability and have personal knowledge of the facts set forth herein.

2. I am an attorney with Parker Poe Adams & Bernstein LLP, which represents the Plaintiff, Epic Games, Inc.

3. On October 28, 2019, copies of the Civil Summons, Complaint, Notice of Appearance of Christopher M. Thomas, and Rule 7.1 Financial Disclosures, in the above-captioned action were sent via Federal Express, direct signature required addressed as follows:

    Ronald Sykes
    6 Serenity Court
    Durham, NC 27704

4. Copies of the Civil Summons, Complaint, Notice of Appearance of Christopher M. Thomas, and Rule 7.1 Financial Disclosures were delivered on October 29, 2019, as evidenced by the original proof of delivery attached hereto as Exhibit A.

This 30th day of October, 2019.

PPAB 5203816v1

PARKER POE ADAMS & BERNSTEIN LLP

*/s/ Christopher M. Thomas*

Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
*Attorney for Plaintiff*

STATE OF NORTH CAROLINA

COUNTY OF WAKE

    I, Christina P. Routh, a Notary Public of Wake County, State of North Carolina, do hereby certify that Christopher M. Thomas. personally appeared before me this day and acknowledged the execution of the foregoing instrument.

    Witness my hand and seal, this 30th day of October, 2019.

                                                             */s/ Christina P. Routh*
                                                              Notary Public

My Commission Expires:

February 2, 2020

[NOTARY SEAL]

```
CHRISTINA P. ROUTH
   Notary Public
   North Carolina
    Wake County
```

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing *AFFIDAVIT OF SERVICE* with the Clerk of Court using the CM/ECF system and via United States First Class Mail, postage prepaid, and addressed as follows:

> Ronald Sykes
> 6 Serenity Court
> Durham, NC 27704

This the 30th day of October, 2019.

**PARKER POE ADAMS & BERNSTEIN LLP**
/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
*Attorney for Plaintiff*