*EPIC GAMES, INC. v. RONALD SYKES*

*U.S. District Court Eastern District of North Carolina*
*5:19-cv-00476-FL*

# EXHIBIT A



October 30, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **776828125851**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | FedEx Location |
| **Signed for by:** | R. SYKES | **Delivery location:** | 1812 HOLLOWAY ST DURHAM, NC 27713 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Oct 29, 2019 18:35 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Adult Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776828125851 | **Ship date:** | Oct 28, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Ronald Sykes
6 Serenity Ct
DURHAM, NC 27704 US

**Shipper:**
Christopher M. Thomas
301 Fayetteville St
Ste 1400
RALEIGH, NC 27601 US

**Reference** 29945-00006

Thank you for choosing FedEx.