IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:19-cv-0476-FL

| | |
|---|---|
| EPIC GAMES, INC., </br></br>      Plaintiff, </br></br>v. </br></br>RONALD SYKES, </br></br>      Defendant. | **CONSENT MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT** |

Plaintiff Epic Games, Inc. ("Plaintiff") with the consent of Defendant Ronald Sykes ("Defendant") through his counsel, move this Court to enter the Final Judgment Permanent Injunction on Consent attached hereto as <u>Exhibit 1</u>. Plaintiff and Defendant have reached a settlement of this matter and respectfully request the Court enter the Final Judgment Permanent Injunction on Consent as agreed-to by the parties.

Respectfully submitted, this 10th day of December, 2019.

<div style="margin-left: 50%;">

<u>/s/Christopher M. Thomas</u>
Christopher M. Thomas (N.C. Bar No. 31834)
Parker, Poe, Adams, & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
Email: christhomas@parkerpoe.com

Attorney for Plaintiff Epic Games, Inc.

</div>

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT** was electronically filed, via the CM/ECF system, on this day, December 10, 2019, with the Clerk of Court and that a true and accurate copy of it was sent to Defendant, through his attorney, Thomas Kreger, by depositing the original and/or copy hereof, postage pre-paid, in the United States mail, addressed as follows:

> Ronald Sykes
> c/o Thomas Kreger
> Kreger Law Firm
> 5003 Southpark Drive, Ste. 260
> Durham, NC 27713
> Telephone: (919) 794-5916
> Facsimile: (888) 812-9380
> Email: tkreger@kregerlawfirm.com
> *Attorney for Defendant Ronald Sykes*

/s/Christopher M. Thomas
Christopher M. Thomas (N.C. Bar No. 31834)
Parker, Poe, Adams, & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
Email: christhomas@parkerpoe.com
*Attorney for Plaintiff Epic Games, Inc.*